UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RENDON TRUCKING, INC.; RAMIREZ BROTHERS TRUCKING; and DOES 1 to 10, inclusive. <br><br> Defendants. | Case No. 1:13-CV-01809-LJO- BAM <br><br> **ORDER RE JOINT STIPULATION OF TIME IN WHICH TO RESPOND TO COMPLAINT ON BEHALF OF RAMIREZ BROTHERS TRUCKING** |

**ORDER**

Based on the Stipulation of the parties (Doc. 9), it is hereby ORDERED that Ramirez Brothers Trucking shall have an extension of time to file an Answer and other responsive pleadings, if any, for up to and including **January 15, 2014.**

IT IS SO ORDERED.

Dated:   **December 23, 2013**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

- 1 -

4478                           ORDER