UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., | CASE NO. CV F 13-1809 LJO BAM |
| Plaintiff, | **ORDER TO DENY DISMISSAL OF CROSSCLAIM**<br>(Doc. 18.) |
| vs. | |
| RENDON TRUCKING, INC., et al., | |
| Defendants. | |
| _____ / | |

Given cross-defendant Rendon Trucking, Inc.'s answer to cross-complainant Ramirez Brothers Trucking, Inc.'s cross-claim, this Court is unable to dismiss the cross-claim without a stipulation by Rendon Trucking, Inc. and Ramirez Brothers Trucking, Inc.  As such, this Court DENIES without prejudice Ramirez Brothers Trucking, Inc.'s request to dismiss its cross-claim.

IT IS SO ORDERED.

Dated:   **March 3, 2014**            /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE