UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RENDON TRUCKING, INC.; RAMIREZ BROTHERS TRUCKING; and DOES 1 to 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | **CASE NO. 1:13-cv-1809 LJO BAM**<br><br>**ORDER EXTENDING DEADLINE TO FILE SETTLEMENT PAPERS TO APRIL 17, 2014.** |

On February 20, 2014, Plaintiff's counsel notified this Court that settlement has been reached with defendant Trans Union, LLC. Doc. 16. On February 21, 2014, pursuant to this Court's Local Rule 160, this Court ordered the parties, **no later than April 4, 2014**, to file appropriate papers to dismiss this action or to show good cause why the case has not been dismissed. Doc. 17.

On April 3, 2014, counsel for Defendant/Cross-Claimant Ramirez Brothers Trucking, Inc., filed a declaration explaining that the parties have been circulating a Release, but that the settling parties need additional time to complete the settlement process due to the unavailability of counsel for another defendant and the fact that this settlement is part of a larger global settlement agreement. Doc. 21. Good cause having been shown for a brief extension, the Court **GRANTS** the parties' request to extend until **April 17, 2014** the deadline for filing dismissal papers.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This

1

Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

    Dated: **April 4, 2014**     /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE