# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RENDON TRUCKING, INC.; RAMIREZ BROTHERS TRUCKING; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  1:13-CV-01809-LJO-BAM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION AND CLOSING CASE** |

   Having considered the Parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), *see* Doc. 23, and for good cause appearing,

   **IT IS HEREBY ORDERED** that this action be dismissed, with prejudice, and that the Parties each bear their own attorney fees and costs.

   The Clerk of Court is directed to **CLOSE THIS CASE.**

IT IS SO ORDERED.

   Dated:   **April 15, 2014**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE